IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DOYLE HEARD,

        Petitioner,

v.                                                          4:06cv193-WS

JAMES McDONOUGH, et al.,

        Respondents.

_____

ORDER DISMISSING PETITIONER'S
PETITION FOR WRIT OF HABEAS CORPUS

     Before the court is the magistrate judge's report and recommendation docketed July 20, 2006.  See Doc. 4.  The magistrate judge recommends that the petitioner's petition for habeas corpus be summarily dismissed.  The petitioner has filed no objections to the report and recommendation.

     Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

     Accordingly, it is ORDERED:

     1. The magistrate judge's report and recommendation (doc. 4) is hereby ADOPTED and incorporated by reference into this order.

2.  Petitioner's petition for writ of habeas corpus (doc. 1) is hereby DISMISSED as authorization for filing a second or successive petition has not been granted.

3.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this ___23rd___ day of __August__, 2006.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE